UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00060-FDW

| | |
|---|---|
| GREGORY S. DENNIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) ) |

THIS MATTER is before the Court on Plaintiff's Consent Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) and Costs (Doc. No. 16). Having reviewed the motion, supporting materials, memorandum in support, and the case file the Court determines that Plaintiff should be awarded an attorney's fee under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $7,500.00.

IT IS SO ORDERED that the Plaintiffs' Motion for Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A) filed is GRANTED, to the extent that the Court will award attorney's fees in the amount of $7,500.00, and that pursuant to Comm'r of Soc. Sec. v. Ratliff, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor an assignment of EAJA fees, and pay the awarded fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

1

IT IS FURTHER ORDERED that the Plaintiff shall be paid $420.01 in costs from the Judgment Fund by the United States Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

IT IS SO ORDERED.

Signed: May 3, 2019

Frank D. Whitney
Chief United States District Judge